

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bryan Christopher Gleason,　　　　　　* From the 35th District Court
　　　　　　　　　　　　　　　　　　　　of Brown County,
　　　　　　　　　　　　　　　　　　　　Trial Court No. CR27189.

Vs. No. 11-20-00228-CR　　　　　　　 * December 4, 2020

The State of Texas,　　　　　　　　　 * Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　　Trotter, J., and Wright, S.C.J.,
　　　　　　　　　　　　　　　　　　　　sitting by assignment)
　　　　　　　　　　　　　　　　　　　　(Willson, J., not participating)

　　　　This court has considered Bryan Christopher Gleason's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.